Nicholas R. Kloeppel, SBN 186165
William F. Mitchell, SBN 159831
THE MITCHELL LAW FIRM, LLP
Attorneys at Law
426 First Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586
Email: nkloeppel@mitchelllawfirm.com

Attorneys for Defendant
HUMBOLDT COUNTY

Timothy Elder, SBN 277152
Anna R. Levine, SBN 227881
TRE LEGAL PRACTICE
1155 Market Street, 10th Floor
San Francisco, CA 94103
Tel: (415) 873-9199
Fax: (415) 952-9898
Email: telder@trelegal.com
Email: alevine@trelegal.com

Attorneys for Plaintiff
JAMES FORBES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES FORBES, | ) Case No.: 19-cv-05514-JST |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL** |
| vs. | ) **AND ORDER THEREON** |
| HUMBOLDT COUNTY, | ) |
| Defendants. | ) |

Pursuant to Local Rules 6-1(b), 6-2(a), 7-12, and 16-2(e), Plaintiff JAMES FORBES ("Plaintiff") and Defendant HUMBOLDT COUNTY ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

1
STIPULATION FOR DISMISSAL AND ORDER THEREON

1   WHEREAS, a comprehensive Settlement Agreement was executed by the parties
2   on March 10, 2020;
3   WHEREAS, the Settlement and Release of Claims Agreement provides for a dismissal
4   of this entire action with prejudice within ten (10) days of receipt of the settlement draft; and
5   WHEREAS, plaintiff acknowledges receipt of the settlement draft;
6   NOW, THEREFORE, IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(A)(ii)
7   of the Federal Rules of Civil Procedure, by and between the Parties through their respective
8   counsel, that this matter be dismissed with prejudice effective immediately.
9   IT IS SO STIPULATED AND AGREED.
10  DATED: May 18, 2020         TRE LEGAL PRACTICE

                    By:  */s/ Anna Levine*
                         Anna Levine
                         Attorneys for Plaintiffs

DATED:  May 18, 2020          THE MITCHELL LAW FIRM, LLP

                    By:  */s/ Nicholas R. Kloeppel*
                         NICHOLAS R. KLOEPPEL
                         Attorneys for Defendant

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all of the signatories for whom a signature is indicated by a "/s/" signature within this e-filed document and I have on file confirmation of this concurrence for subjection production for the court if so ordered.

DATED:  May 18, 2020          THE MITCHELL LAW FIRM, LLP

                    By:  */s/ Nicholas R. Kloeppel*
                         NICHOLAS R. KLOEPPEL
                         Attorneys for Defendant

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

2
STIPULATION FOR DISMISSAL AND ORDER THEREON

**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____         _____
                                          HONORABLE JON S. TIGAR
                                          United States District Court Judge

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

3
**STIPULATION FOR DISMISSAL AND ORDER THEREON**